UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

           Plaintiff,

v.                                                  Case No. 1:24–cr–20095–TLL–PTM
                                                  Hon. Thomas L. Ludington

Jordan Thomas–James Felton,

           Defendant(s),

_____/

## NOTICE TO APPEAR

    The following defendant(s) are hereby notified to appear: Jordan Thomas–James Felton

    The defendant(s) shall appear before District Judge Thomas L. Ludington at the United States District Court, United States Post Office Building, 1000 Washington Avenue, Bay City, Michigan, for the following proceeding(s):

- SENTENCING: December 10, 2024 at 03:00 PM

## Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                             By: s/K Winslow
                                                                 Case Manager

Dated: August 28, 2024